UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| IRFAN GOKCE, | |
|---|---|
| Plaintiff, | Case No. C08-5292FDB |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION DENYING IMMEDIATE RELEASE |
| A. NEIL CLARK *et al.*, | |
| Defendants. | |

Plaintiff seeks immediate release from custody at the Northwest Detention Center so that he can litigate this case, wherein he alleges failure to protect and to provide adequate medical treatment after an assault by other detainees. The Magistrate Judge recommends denial of the motion as the proper means to seek a speedier release from confinement is a petition for writ of habeas corpus.

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold and the remaining record, and no objections having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for immediate release is **DENIED.** Plaintiff may not seek release from custody in a Civil Rights Action.

The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

DATED this 22nd day of July 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1