UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IRFAN GOKCE,<br><br>          Plaintiff,<br><br>    v.<br><br>A. NEIL CLARK *et al*.,<br><br>          Defendants. | Case No. C08-5292FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CAUSE OF ACTION |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff has not paid the filing fee. Further, plaintiff has not filed an application to proceed *in forma pauperis.* Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

DATED this 25th day of July 2008.

                                              FRANKLIN D. BURGESS
                                              UNITED STATES DISTRICT JUDGE