# United States District Court

WESTERN DISTRICT OF WASHINGTON

IRFAN GOKCE

v.

A. NEIL CLARK, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5292FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff has not paid the filing fee. Further, plaintiff has not filed an application to proceed *in forma pauperis*. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

| | |
|---|---|
| July 28, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |